IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 3:07-468-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JESUS PEREZ-LAGUNA, ET AL. | ) | |
| | ) | |

_____

    Upon motion of the government, and without opposition from the defendant, it is hereby ordered that the warrant for the arrest of Rosa Flores-Sanchez as a material witness in the matter of United States v. Jesus Perez-Laguna, et al., criminal case number 3:07-468 is hereby dismissed with prejudice; the material witness is released from her bond and is released from any other supervision by the United States Pretrial Services Office.

    IT IS SO ORDERED.

March 29, 2013                                           Joseph F. Anderson, Jr.
Columbia, South Carolina                       United States District Judge